# United States District Court
## Violation Notice

MD39

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7409966 | D. SMITH | 1580 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐ USC ☐ State Code |
|---|---|
| 12/19/2018 0833 | 45 CFR 3.3 |

Place of Offense
NIH 10 H LOT

Offense Description: Factual Basis for Charge
FAILURE TO OBEY AN OFFICAL SIGN
"NIH CARPOOL PERMIT PARKING ONLY" 630-11AM

HAZMAT ☐

**DEFENDANT INFORMATION**

| Last Name | First Name | M.I. |
|---|---|---|
| Greene 2nd | Michael | R. |

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| 7C59496 | MD | 11 | NISSAN | | BLK |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

18-1823C
09/2019 CONTRACTOR
CARPOOL PARKING

$ 50.00   Forfeiture Amount

+ $30 Processing Fee

**PAY THIS AMOUNT →** $ 80.00   Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

(Rev. 09/2015)        Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
(for issuance of an arrest warrant or summons)

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☐ my personal observation   ☐ my personal investigation

☐ information supplied to me from my fellow officer's observation

☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
  Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
  Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/02/2019 15:9